LOCAL OFFICIAL FORM No. 12

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )   Case No.  13-00791
Impulse, LLC                       )
                                   )   (Chapter 11 )
              Debtor(s).           )

LBR 1007-2(b) STATEMENT OF NO ALTERATIONS

The schedules filed herewith:

(1) do not add any entity not included on the existing List of Creditors and Mailing Matrix (as amended by any amendments that have been made thereto); and

(2) do not change the name or address of any entity as listed on the existing List of Creditors and Mailing Matrix (as amended by any amendments that have been made thereto).

I HEREBY CERTIFY under penalty of perjury that the information on this statement is true, correct, and complete.

Debtor's Signature: /s/ Dean Smothers, Managing Member Impulse,

Printed name of Debtor: Dean Smothers, Managing Member Impulse,

Date: 01 / 30 / 2014